IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C.H. KINSEY, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cv-165-MEF |
| | ) | [wo] |
| WILLIAM KEITH WATKINS, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| C.H. KINSEY, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cv-314-MEF |
| | ) | [wo] |
| WILLIAM KEITH WATKINS, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## **ORDER**

On April 26, 2011, the Magistrate Judge issued an Amended Recommendation (Doc. # 11) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

    (1)    The Amended Report and Recommendation of the Magistrate Judge is ADOPTED.

(2)  Assuming *arguendo* that the Motion for Leave to Proceed *in forma pauperis* (Doc. # 2) is due to be granted, the complaints in 2:11-cv-165 and 2:11-cv-314 are DISMISSED with prejudice prior to service on Defendants pursuant to 28 U.S.C. § 1915(e)(2)(B).

(3)  The Motion for a Jury (Doc. # 7) and Motion for a Trial (Doc.# 9) are DENIED.

(4)  Any remaining motions are DENIED as moot.

DONE this 13th day of May, 2011.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE