IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C.H. KINSEY, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CASE NO. 2:11-cv-165-MEF |
| v. | ) | |
| | ) | (WO – Do not publish) |
| WILLIAM KEITH WATKINS, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| C.H. KINSEY, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CASE NO. 2:11-cv-314-MEF |
| v. | ) | |
| | ) | |
| WILLIAM KEITH WATKINS, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Upon consideration of the Plaintiffs' Motion for a Blind Trust Fund Release, it is hereby ORDERED that the motion (Doc. #29) is DENIED.

DONE this the 8th day of May, 2013.

                                          /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE